**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **SUSAN CARSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-2159 (HHK)** |
| | ) | |
| **MICHAEL O. LEAVITT,** | ) | |
| **SECRETARY,** | ) | |
| **U.S. DEPARTMENT OF HEALTH AND** | ) | |
| **HUMAN SERVICES, NATIONAL INSTITUTES** | ) | |
| **OF HEALTH,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE**
**RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of 30 days, up to and including June 7, 2006, in which to answer, move or otherwise respond to plaintiff's complaint. Defendant's reply would otherwise be due on May 8, 2006.   As grounds for this Motion Defendant states as follows:

Defendant seeks this enlargement because the Department of Health and Human Services has indicated to government counsel that it is in the process of seeking additional information to prepare a declaration in connection with this case.

For these reasons, and to ensure that the government has sufficient time to prepare the materials to carry its burden in this case, defendant respectfully requests that the enlargement sought be granted.

Pursuant to Local Rule 7(m), defendant's counsel informed plaintiff's counsel, Camilla

C. McKinney, Esquire, that defendant would be requesting an additional thirty (30) days to

respond to plaintiff's complaint.  Plaintiff's counsel graciously consented to this motion.  For

these reasons, defendant respectfully requests that the enlargement of time to answer, move or

otherwise respond to this complaint be granted.

An order granting the relief sought is attached hereto.

Respectfully submitted,

_____

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney


_____

RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


_____

MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
501 Third Street, N.W., Fourth Floor
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendant

**CERTIFICATE OF SERVICE**


       I hereby certify that on this 4th day of May, 2006, I caused the foregoing to be served first

class mail, postage prepaid, to plaintiff's counsel:

Camilla C. McKinney
Law Offices of Camilla C. McKinney, PLLC
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C.  20005


 

_____
MARIAN L. BORUM
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | ) | |
| SUSAN CARSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2159 (HHK) |
| | ) | |
| MICHAEL O. LEAVITT, | ) | |
| SECRETARY, | ) | |
| U.S. DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, NATIONAL INSTITUTES | ) | |
| OF HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits

thereof, and for good cause shown, it is this _____ day of May, 2006

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including June 7, 2006 in

which to answer, move or otherwise respond to plaintiff's Complaint.


Date _____          _____
                                   UNITED STATES DISTRICT JUDGE