UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
SUSAN CARSON                            )
                                        )
            Plaintiff,                  )
                                        )  Civil Action No. 05-2159 (HHK)
       v.                               )
                                        )
MICHAEL O. LEAVITT,                     )
SECRETARY                               )
U.S. DEPARTMENT OF HEALTH &             )
HUMAN SERVICES,                         )
NATIONAL INSTITUTES OF HEALTH           )
                                        )
            Defendant.                  )
_____)


**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO TRANSFER AND STIPULATION TO TRANSFER CASE**


Plaintiff Susan Carson, by and through undersigned counsel, hereby responds to Defendant's Motion to Transfer and Stipulates to the Transfer of this case, without prejudice, to the U.S. District Court for the District of Maryland.

By this Stipulation, Plaintiff does not concede to the averments in Defendant's Motion to Dismiss for Lack of Venue, or in the alternative to Transfer, and maintains the right to object and oppose any allegations, defenses or arguments set forth in Defendant's Motion. Plaintiff believes that this case can be maintained in this Court and explicitly rejects Defendant's contentions to the contrary. However, because jurisdiction could alternatively be maintained in the District of Maryland, Plaintiff will stipulate to that Court's jurisdiction.

Accordingly, Plaintiff stipulates to the transfer of this case to the U.S. District Court for the District of Maryland without prejudice to plaintiff's rights to pursue her claims. Undersigned counsel will continue to represent Plaintiff after the case is transferred to the United States District Court for the District of Maryland.

Dated: June 15, 2006                                    Respectfully submitted,

                                                        _____/s_____
                                                        Camilla C. McKinney, Esq.
                                                        Law Offices of Camilla C. McKinney
                                                        1100 Fifteenth Street, N.W., Suite 300
                                                        Washington, D.C. 20005
                                                        (202) 861-2934/(202) 517-9111(fax)
                                                        *Attorney for Plaintiff Susan Carson*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2006, I caused a true and correct copy of the foregoing Plaintiff's Response to Defendant's Motion to Transfer and Stipulation to Transfer Case be served electronically, via the CM-ECF system, to:

Marian L. Borum
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Room E4810
Washington, DC 20530

                                                        _____s/_____
                                                        Camilla C. McKinney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                   )
**SUSAN CARSON**                   )
                                   )
            Plaintiff,             )
                                   ) Civil Action No. 05-2159 (HHK)
      v.                           )
                                   )
**MICHAEL O. LEAVITT,**            )
**SECRETARY**                      )
**U.S. DEPARTMENT OF HEALTH &**    )
**HUMAN SERVICES,**                )
**NATIONAL INSTITUTES OF HEALTH**  )
                                   )
            Defendant.             )
_____)

## ORDER

**UPON CONSIDERATION** of Defendant's Motion to Dismiss for Lack of Venue, or in the alternative to Transfer, Plaintiff's Response to Defendant's Motion, and the entire record herein, it is this _____day of _____, 2006, hereby

**ORDERED** that Plaintiff's case be and is hereby transferred to the U.S. District Court for the District of Maryland without prejudice.

It is so ORDERED this _____ day of _____, 2006.

                                        _____
                                        United States District Judge

Copies to:

Marian L. Borum
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W., Room E4810
Washington, DC 20530

Camilla C. McKinney, Esq.
Law Offices of Camilla C. McKinney
1100 Fifteenth Street, N.W., Suite 300
Washington, D.C. 20005