UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SUSAN CARSON,<br>     Plaintiff,<br><br>  v.<br><br>MICHAEL O. LEAVITT,<br><br>     Defendant. | Civil Action 05-02159 (HHK) |

### ORDER

Before the court is defendant's "Motion to Dismiss for Lack of Venue, or in the Alternative, to Transfer" (Dkt. #3). In plaintiff's response to defendant's motion, plaintiff stipulated to the transfer of the above-captioned case to the Eastern District of Maryland. Accordingly, it is this 19th day of June, 2006, hereby

**ORDERED** that defendant's motion to transfer this case to the Eastern District of Maryland is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall transmit the docket and file in this case, along with a copy of this Order, to the United States District Court for the Eastern District of Maryland.

                 Henry H. Kennedy, Jr.
                 United States District Judge